AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**HONDA ACCORD**
**VA LICENSE NUMBER, JUR5020**
**VIN- 1HGCM66595A053631**

## SEARCH WARRANT

CASE NUMBER: 05-624M

TO: _Cynthia Paige Pinson_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT, Cynthia Paige Pinson who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**See Attachment A**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) See attachment A, B and the affidavit submitted in support of the application for this warrant which attachment A, B and the affidavit are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before 28 NOV 2005
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

November 18, 2005 5:56 pm at Washington, D.C.
Date and Time Issued

Alan Kay
Name and Title of Judicial Officer        Signature of Judicial Officer
U.S. Magistrate Judge

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>11/18/2005 | DATE AND TIME WARRANT EXECUTED<br>11/21/2005 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>In Vehicle |
| INVENTORY MADE IN THE PRESENCE OF   Denise Farmer | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br>See Attached FD-597 Receipt. | | |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Denise Farmer

*(signature)*

Subscribed, sworn to, and returned before me this date.

_____    11-23-05
U.S Judge or Magistrate                Date

# ATTACHMENT A
## Place or Thing to be searched

An automobile described as a Honda Accord, Virginia license plate number JUR5020, Vehicle Identification Number 1HGCM66595A053631, located in the FBI garage, V Street, N.E., Washington, D.C.

## ATTACHMENT B
### Items to be seized

Items to be seized are the evidence, fruits, instrumentalities, or contraband relating to violations of Title 18, United States Code, Sections 371 and 2320, including but not limited to the following:

A.   RECORDS

    1.   Records, documents, and materials containing information of past and present criminal activity involving trafficking or conspiring to traffic in goods while using a counterfeit mark on or in connection with such goods. The terms "records," "documents," and "materials" includes such items in all forms, including paper, photographic, mechanical, electronic, magnetic, and optical forms, or other coding forms on computer media or on media capable of being read by a computer or computer-related equipment, such as fixed hard discs, external hard discs, removable hard discs, floppy diskettes, compact discs (CDs), digital video discs (DVDs), tapes, optical storage devices, laser discs, electronic notebooks, zip disks, printer buffers, smart cards, or other memory storage devices.

    2.   Records, documents, and materials that relate to the business of WAZIR MARBLE AND GENERAL MERCHANDISE, to trafficking in counterfeit goods, or to QUDRAT WAZIR, ISMAEL WAZIR, and ABDUL JALIL WAZIR, and that contain, constitute or concern inventory ledgers; purchase orders; confirmation letters; correspondence with co-conspirators; payment or disbursement ledgers; computer documents and/or files; invoices; employee lists and employment information; employee sales records; supplier and delivery records; receipts relating to illegal sales and to the expenditure of proceeds of illegal activities; U.S. Postal Service and/or next day carrier services documents and receipts; real estate and storage facility lease and title documents; supplier, customer and/or co-conspirator telephone or fax number and address listings; customer records; contracts; Rolodex files; keys; photographs and other forms of identification of associates and co-conspirators; appointment books; notes; and airline ticket receipts.

    3.   Records, documents, and materials containing, constituting or concerning financial transactions, financial statements, and financial summaries; including bank statements; financial instruments; financial applications; wire transfer records; credit cards; credit card statements and records; ATM access cards; credit reports; social security cards; accounting records; money orders; checks; tax records; ledgers; and journals.

    4.   Records, documents, and materials that relate to the business of WAZIR MARBLE AND GENERAL MERCHANDISE, to trafficking in counterfeit goods, or to QUDRAT WAZIR, ISMAEL WAZIR, and ABDUL JALIL WAZIR, and that contain, constitute or concern identification, foreign or domestic travel, or occupancy, residency, and ownership, such as driver's licenses; passports; visas; airline tickets; social security documents; mail; utility records; telephone records; and mortgages, deeds, and lien records.

B.   HARDWARE

5. Computer hardware, which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes any data-processing devices (such as central processing units, memory typewriters, Personal Data Assistants (PDAs), and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, removable magnetic disk storage drives and disks, tape drives and tapes, optical storage devices, transistor-like binary devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communications devices (such as modems, cables and connections, and RAM or ROM units,); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

C. SOFTWARE

6. Computer software consisting of digital information which can be interpreted by a computer and any of its related components to direct the way they work; in whatever form it may be found, to include: electronic, magnetic, optical, or other digital form, in addition to printed source code. Software includes, but is not limited to: any programs to run operating systems, control peripheral equipment, applications, utilities, scripts, compilers, interpreters, and communications programs; any programs, whether functional or not, to assist in the defeat of security/protective feature in place to prevent the unauthorized copying, distribution, and/or activation of software; along with any and all programs necessary for the proper functioning of this software.

D. PASSWORDS, DATA SECURITY DEVICES, AND COMPUTER DOCUMENTATION

7. Computer passwords and other data security devices that are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software or digital codes may include programming code that creates "test" keys or "hot" keys, which perform user-defined security-related functions when activated. Data security software or code which might also encrypt, compress, hide or "booby-trap" protected data to make it inaccessible or unreadable as well as reverse the process to restore the data. Computer passwords may be stored in electronic media or written down on ledgers, books, papers, etc.

8. Computer-related documentation consisting of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use the computer hardware, software, or other related items.

E. COUNTERFEIT GOODS AND RELATED EQUIPMENT, DEVICES AND MATERIALS

9. All apparel or other items, including but not limited to purses, handbags, wallets,

belts, scarfs, glasses, or hats that bear, or that appear to be possessed with the intent to affix, counterfeit marks; any unaffixed marks such as labels, logos, or identifying containers, documentation or packaging; and any tools, equipment, devices or materials for use in the manufacture, preparation, creation, or distribution of counterfeit goods or counterfeit marks.

FD-597 (Rev 8-11-94)                                                                                     1 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 295C-WF-225310-T-40

On (date) 11/21/05

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) Honda Accord  VA License # JUR 5020
(City) _____

Description of Item(s):

Item # 1 - 1 box containing 2 North Face Jackets
Item # 2 - 1 bag containing 35 Louis Vuitton scarves
Item # 3 - 1 bag containing 2 pairs Louis Vuitton shoes
Item # 4 - 1 bag containing 37 Louis Vuitton soft pouches
Item # 5 - 1 bag containing 1 Coach scarf
Item # 6 - 1 Burberry scarf
Item # 7 - 1 bag containing generic sun glasses (1 pair)
Item # 8 - 1 bag containing 3 "Watch-It" watches
Item # 9 - 1 bag containing 1 Milan watch
Item # 10 - 1 bag containing 1 Faded Glory watch
Item # 11 - 1 bag containing 1 Seiko watch
Item # 12 - 1 bag containing 1 Paul Jardin watch
Item # 13 - 1 bag containing 1 Generic watch
Item # 14 - 1 bag containing 8 Movado watches
Item # 15 - 1 bag containing 6 Rado watches
Item # 16 - 1 bag containing 1 Omax watch
Item # 17 - 1 bag containing 2 LA Express watches
Item # 18 - 1 box containing 60 North Face hats

Received By: _____   Received From: Denise
                (Signature)                              (Signature)

Item # 19 -

FD-597 (Rev. 8-11-94)                                                                    Page 2 of 3

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 295C-WF-225310-T-40

On (date) 11/21/05

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) Honda Accord   VA License # JUR 5020

(City) _____

Description of Item(s):

Item #20 - 1 box containing 5 pairs Nike shoes
Item #21 - 1 bag containing 1 pocket knife
Item #22 - 1 bag containing 1 Louis Vuitton belt
Item #23 - 1 bag containing 1 Washington Nationals hat
Item #24 - 1 bag containing 1 LaCoste shirt
Item #25 - 1 bag containing 4 Louis Vuitton wallets
Item #26 - 1 box containing 11 pairs Louis Vuitton shoes
Item #27 - 1 box containing 44 Louis Vuitton wallets
Item #28 - 1 box containing 23 Louis Vuitton bags
Item #29 - 1 box containing 12 mismatched Louis Vuitton shoes
Item #30 - 1 box containing 19 Louis Vuitton bags
Item #31 - 1 box containing 3 Louis Vuitton bags
Item #32 - 1 bag containing 2 Chanel pouches
Item #33 - 1 bag containing 3 Gucci t-shirts
Item #34 - 1 bag containing 2 Louis Vuitton hats
Item #35 - 1 bag containing 1 Christian Dior wallet
Item #36 - 1 bag containing 3 Dooney + Bourke wallets
Item #37 - 1 bag containing 1 Prada bag
Item #38 - 1 bag containing 4 Louis Vuitton belts

Received By: _____   Received From: Denise
                (Signature)                                (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245C-WF-225310-T40

On (date) 11/21/05

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____
(Street Address) Honda Accord VA License # JUR 5020
(City) _____

Description of Item(s):

Item #39 - 1 bag containing 1 Burberry pouch
Item #40 - 1 bag containing 1 Gucci pouch
Item #41 - 1 bag containing 1 pair Burberry shoes and 2 mismatched Burberry shoes
Item #42 - 1 bag containing 4 Louis Vuitton bags
Item #43 - 1 bag containing 1 unopened Pepco bill
Item #44 - 1 bag containing business cards, phone card, telephone numbers
Item #45 - 1 bag containing receipts
Item #46 - 1 bag containing 3 photos
Item #47 - 1 bag containing handwritten inventory sheets
Item #48 - 1 bag containing invoices from: CI INTL, Suria wholesaler, Mr. Pocketbook, Sahar USA
Item #49 - 1 bag containing order requests
Item #50 - 1 bag containing Ustore documents

Received By: _____ (Signature)
Received From: Denise J (Signature)